CIVIL CAUSE FOR CONFERENCE: Oral Argument

Before JUDGE: **GLEESON**  DATE: 6/26/2014  TIME: 11:00 Am - 12:30 pm
Docket Number: 13 CV 1224

TITLE: Simels v. United States of America

Courtroom Deputy: Ilene Lee  CR: Victoria Butler

APPEARANCES:

  FOR Petitioner: Donald F. Samuel and
  FOR PLAINTIFF: Richard Klugh.
  FOR DEFENDANT: _____
  FOR Respondent: Una A. Dean, AUSA.

✓ CASE CALLED.

___ COUNSEL FOR _____ NOT PRESENT.

___ STATUS CONFERENCE HELD.   ___ PRE-MOTION CONFERENCE HELD.

___ CASE MARKED READY FOR JURY TRIAL ON _____ @ _____.

___ PARTIES ADVISE THE COURT THAT THE CASE HAS BEEN SETTLED.

___ ALL DISCOVERY TO BE COMPLETED BY _____.

✓ Petitioner's MOTION TO Vacate/Correct Illegal Sentence (2255) [1].
  " Motion to Vacate Conviction (Rule 33) [25].

BRIEFING SCHEDULE:
  Motion due: _____  Opposition/Response due: _____  Replies due: _____

✓ ORAL ARGUMENT/MOTION HEARING HELD  ___ Motion GRANTED  ✓ Motion DENIED

___ DECISION RESERVED  ✓ DECISION READ INTO THE RECORD.

___ DECISION IS TAKEN UNDER SUBMISSION.

- The petitioner's request for an evidentiary hearing is denied.
- The two motions by the petitioner is also denied. ([1] and [25].)
- The Court's decision is read into the record.
- No certificate of appealability shall be issued.